1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiff, Nike, Inc.

7

8  Faisal M. K. Alomari, also known
   as Mohamed Kaid Alomari, an
9  individual and d/b/a Richmond
   Smoke Shop
   abdo.faisal@yahoo.com
10 3049 Cutting Boulevard
   Richmond, California 94804
11 Telephone: (510) 235-9285

12 Defendant, *in pro se*

13

14                  UNITED STATES DISTRICT COURT

15        NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

16 Nike, Inc.,                              ) Case No. C09-2304 VRW
                                            )
17                Plaintiff,                ) [PROPOSED] ORDER GRANTING
                                            ) CONTINUANCE OF CASE
18       v.                                 ) MANAGEMENT CONFERENCE
                                            )
19 Faisal M. K. Alomari, also known Faisal  )
   Mohamed Kaid Alomari, an individual and d/b/a )
20 Richmond Smoke Shop and Does 1 – 10,     )
   inclusive,                               )
21                                          )
                  Defendants.               )
22 _____ )

23       On or about June 15, 2009, the Court set a Case Management Conference for September 17,
24 2009, at 3:30 p.m.
25       The Parties thereafter filed their joint request to continue the Case Management Conference
26 in order to accommodate the birth of Defendant's child.

27

28

Nike v. Alomari, et al.: [Proposed] Order Granting Continuance of      - 1 -
Case Management Conference

1  In light of the request, the Case Management Conference currently on calendar for
2  September 17, 2009, at 3:30 p.m. is continued until November 12, 2009, at 3:30 p.m.

3

4  IT IS SO ORDERED:

5

6  Dated: 9/4/2009

7  Hon. [Vaughn R. Walker]
   United States [District Judge, Northern] District of
   California

8

   PRESENTED BY:
9
   J. Andrew Coombs, A Professional Corp.
10

11 By: _____
      J. Andrew Coombs
12    Annie S. Wang
   Attorneys for Plaintiff Adobe Systems
13 Incorporated

14

15 Faisal M. K. Alomari, also known Faisal
   Mohamed Kaid Alomari, an individual
   and d/b/a Richmond Smoke Shop
16

17 By: _____
      Faisal M. K. Alomari, also
18    known Faisal Mohamed Kaid
      Alomari, an individual and d/b/a
19    Richmond Smoke Shop
   Defendant, *in pro se*
20

21

22

23

24

25

26

27

28

*GRANTED*
*Judge Vaughn R Walker*

Nike v. Alomari, et al.: [Proposed] Order Granting Continuance of    - 2 -
Case Management Conference

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On September 3, 2009, I served on the interested parties in this action with the:

- JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Nike, Inc. v. Faisal M. K. Alomari, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Faisal M. K. Alomari, also known Faisal Mohamed Kaid Alomari, an individual and d/b/a Richmond Smoke Shop
3049 Cutting Blvd.
Richmond, CA 94804

Place of Mailing: Glendale, California
Executed on September 3, 2009, at Glendale, California.

_____
Nicole L. Drey