UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NIKE INC,

        Plaintiff,

  v.

FAISAL M.K. ALOMARI et al,

        Defendant.

Case Number: C09-2304 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Faisal M.K. Alomari
3049 Cutting Blvd.
Richmond, CA 94804

J. Andrew Coombs - e-notified
J. Andrew Coombs, A Professional Corporation
517 East Wilson Avenue, Suite 202
Glendale, CA 91206

Dated: February 9, 2010

                              Richard W. Wieking, Clerk
                              By: Cora Klein, Deputy Clerk

*Cora Klein*