1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC,                                  No C 09-2304 VRW

        Plaintiff,              ORDER

    v

FAISAL M K ALOMARI, also known as
FAISAL MOHAMED KAID ALOMARI, an
individual and d/b/a RICHMOND
SMOKE SHOP and DOES 1-10,
inclusive,

        Defendants.

_____/

        Plaintiff has requested that the clerk enter default as to defendant Faisal M K Alomari for failure to file a responsive pleading to plaintiff's first amended complaint ("FAC").  Doc #33. While Alomari, who proceeds in pro se, filed an answer to plaintiff's original complaint on July 20, 2009, he should file a response to plaintiff's FAC.  See FRCP 12(a).

        Accordingly, Alomari is ORDERED to answer plaintiff's FAC, Doc #25, or otherwise respond by appropriate motion on or

1   before June 10, 2010.  Should Alomari fail to comply with this

2   deadline, the clerk is instructed to enter default against Alomari.

3

4        IT IS SO ORDERED.

5

6        _____

7        VAUGHN R WALKER
         United States District Chief Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2